IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

APR 19 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. __06-CV-00734-BNB__
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ANTHONY ROYBAL #109811,

    Plaintiff,

v.

COLORADO STATE DEPTARTMENT [sic] OF ADULT PAROLE AND COMMUNITY
    CORRECTIONS,
JEANENE MILLER,
MARY NISWONGER,
PAROLE OFFICER MR. FEEDER,
PAROLE OFFICER STEVE DEGRUT,
GOVERNOR BILL OWENS,
SUSAN L. WHITE, Supervisor,
GOVERNOR BILL OWENS,
COLORADO BOARD OF PAROLE,
ALLEN F. STANELEY,
CURTIS DEVIN,
DEBORAH ALLEN,
MATHEW RHODES,
JOHN B. ROSEN,
VERNE R. SAINT VINCENT,
LESLIE V. WAGGENER,
COLORADO STATE DISTRICT ATTORNEYS OFFICE,
MITCH MORSY,
VICTORIA SHARP,
MS. BERTONETTE,
OFFICE OF THE STATE PUBLIC DEFENDER MR KAPLAN,
MR. GARCIA,
MR. FARSA,
CITY AND COUNTY OF DENVER AND MAYOR JOHN HICKENLOOPER,
DENVER CITY AND COUNTY JAIL,
MAJOR WILSON,
CAPT. BLAIN,
DEPUTY BRAUNFAULK,
CHIEF FOOS,
UNDER SHERRY LOVINGER,
DR CRUM + COMPLETE MEDICAL STAFF JOHN DOE + JANE DOE 1-100,

STAFF DENVER COUNTY JAIL 1-10,
MARIN MAILROOM,
DEPUTY BRAUNFAULK PROPERTY,
DEPUTY FISHER OPERATIONS,
CAPTAIN BLAIR,
DEPUTY WEBSTER, and
DEPUTY,

        Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the court in an envelope that also contained individual *in forma pauperis* motions from a number of other inmates at the Denver County Jail. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

### 28 U.S.C. § 1915 Motion and Affidavit:
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    xx    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    ___    is not on proper form (must use the court's current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)    ___    An original and a copy have not been received by the court. Only an original has been received.
(9)    ___    other _____

**Complaint, Petition or Application:**
(10) xx   is not submitted
(11) ___   is not on proper form (must use the court's current form)
(12) ___   is missing an original signature by the prisoner
(13) ___   is missing page nos. ___
(14) ___   uses et al. instead of listing all parties in caption
(15) ___   An original and a copy have not been received by the court. Only an original has been received.
(16) ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___   names in caption do not match names in text
(18) ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the plaintiff files

in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _18th_ day of _April_____, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 − CV − 00734 - BNB

Anthony Roybal
Prisoner No. 109811
Denver County Jail
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 4-19-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk